# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## EVIDENTIARY HEARING EXHIBIT LIST

Case No. : 15-CR-142-W                          __X__ Government
Date:     February 22-23, 2017                  ____ Defendant

| Ex. No. | DESCRIPTION | DATE Marked for Identification | In Evidence |
|---|---|---|---|
| 1 | FBI Task Force Officer Christopher Dipasquale Master Affidavit in Support of Search Warrants 5:16-mj-1033-PRL and 5:16-mj-1034-PRL | | |
| 2 | FBI 302 of FBI Special Agent David Brown and Allyson Samuels regarding statements of defendants Pirk and Enix on December 11, 2014, and follow-up telephonic interview with defendant Pirk on December 12, 2014 | | |
| 3 | FBI 302 of FBI Special Agent Allyson Samuels regarding March 22, 2016, arrest and spontaneous statements of defendant Enix | | |

DATED: Buffalo, New York, February 17, 2017.

        JAMES P. KENNEDY, JR.
        Acting United States Attorney


BY:    S/JOSEPH M. TRIPI
       JOSEPH M. TRIPI
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York  14202
       716/843-5839
       Joseph.Tripi@usdoj.gov


BY:    S/BRENDAN T. CULLINANE
       BRENDAN T. CULLINANE
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York  14202
       716/843-5875
       Brendan.Cullinane@usdoj.gov