**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**AMENDED EVIDENTIARY HEARING EXHIBIT LIST**

Case No. : 15-CR-142-W                                  __X__  Government

Date:          February 22-23, 2017                    ____  Defendant

| Ex. No. | DESCRIPTION | DATE | |
|---|---|---|---|
| | | Marked for Identification | In Evidence |
| 1 | FBI Task Force Officer Christopher Dipasquale Master Affidavit in Support of Search Warrant Applications 5:16-mj-1033-PRL and 5:16-mj-1034-PRL | | |
| 1A | Search Warrant Application (cover page), Search Warrant, and Return for 5:16-mj-1033-PRL | | |
| 1B | Search Warrant Application (cover page), Search Warrant, and Return for 5:16-mj-1034-PRL | | |
| 2 | FBI 302 of FBI Special Agent David Brown and Allyson Samuels regarding statements of defendants Pirk and Enix on December 11, 2014, and follow-up telephonic interview with defendant Pirk on December 12, 2014, and attached rough notes of FBI Special Agent David Brown | | |
| 3 | FBI 302 of FBI Special Agent Allyson Samuels regarding March 22, 2016, arrest and spontaneous statements of defendant Enix | | |
| 4 | FBI 302 FBI Task Force Officer Christopher Dipasquale- 31407 Benton Drive | | |
| 5 | FBI 302 FBI Task Force Officer Christopher Dipasquale- 4530 Marsh Harbor Drive | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATED:  Buffalo, New York, February 21, 2017.


                                    JAMES P. KENNEDY, JR.
                                    Acting United States Attorney


                    BY:    S/JOSEPH M. TRIPI
                           JOSEPH M. TRIPI
                           Assistant United States Attorney
                           United States Attorney's Office
                           Western District of New York
                           138 Delaware Avenue
                           Buffalo, New York  14202
                           716/843-5839
                           Joseph.Tripi@usdoj.gov


                    BY:    S/BRENDAN T. CULLINANE
                           BRENDAN T. CULLINANE
                           Assistant United States Attorney
                           United States Attorney's Office
                           Western District of New York
                           138 Delaware Avenue
                           Buffalo, New York  14202
                           716/843-5875
                           Brendan.Cullinane@usdoj.gov